IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | No. 3:11-CR-023-M-04 |
| FREDERICK PETERSON, | § | |
| Defendant, | § | |
| and | § | |
| AT HOME STORES, LLC, | § | |
| Garnishee, | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the defendant's claim for exemptions and request for hearing are **DENIED**.

**SIGNED** this 27th day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE